QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Thad A. Davis (Bar No. 220503)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 624-7707
Facsimile: (213) 624-0643

Attorneys for American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a PA Corporation; AIG DOMESTIC CLAIMS, INC. f/k/a AIG TECHNICAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC, a Delaware Corporation; MARSH LTD., a United Kingdom Corporation; FINPRO, a Division of Marsh Ltd.; RICHARD E. COWAN, and Does One through 50,<br><br>Defendants. | CASE NO. 3:07 cv 02308 - MMC<br><br>DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG DOMESTIC CLAIMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Filing Date:    March 28, 2007<br>Trial Date:     None Set<br><br>Hearing Date: June 15, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on June 15, 2007, at 9:00 A.M., defendants American International Group, Inc, National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. hereby will, and hereby do, move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing all claims against defendants American International Group, Inc, National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. with prejudice.[1]

Specifically, movant requests that this Court dismiss with prejudice all claims against defendants American International Group, Inc, National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that (1) the applicable statute of limitations for each claim expired before the complaint was filed, (2) the facts alleged do not support any claim against American International Group, Inc., or AIG Domestic Claims, Inc., and (3) the facts alleged do not support any tort claim against National Union Fire Insurance Company of Pittsburgh, Pa.

This motion is based upon this Notice, the previously filed Memorandum of Points and Authorities, and Exhibits, along with all the pleadings, records and papers on file in this action, such matters of which this Court may take judicial notice, and upon such other evidence and oral argument as may be considered by the Court before or at a hearing on this Motion.

DATED: May 8, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Respectfully submitted by

_Leah Russin for_
Thad A. Davis
Attorneys for American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc.

---

[1] This notice of hearing date is being re-filed is response to the Court's order vacating the previously scheduled hearing date. (Document No. 13).

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 8, 2007, I caused to be served by electronic mail transmission true copies of the following document(s) described as **DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG DOMESTIC CLAIMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** on the parties in this action as follows:

**SEE ATTACHED LIST**

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2007, at Los Angeles, California.



Doris Tolmach

20456/2116985.1

**SERVICE LIST**

Albert J. Morrison, Esq.
Beus Gilbert
4800 North Scottsdale Road
Suite 6000
Scottsdale, Arizona 85251
Tel: (480) 429-3000
Fax: (480) 429-3100
lbeus@beusgilbert.com

Attorney for
CROWN PAPER LIQUIDATING TRUST

Courtesy copy served via email to:

Robert Lewis, Esq.
Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 393-2328
Fax: (415) 393-2286
robert.lewis@bingham.com

Attorney for
MARSH LTD.