**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA 85251
TELEPHONE (480) 429-3000

Leo R. Beus/Ariz. Bar No. 002687 (*pro hac vice pending*) - lbeus@beusgilbert.com
Albert J. Morrison/Calif. Bar No. 198047 - amorrison@beusgilbert.com

Attorneys for Plaintiff

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 S. FIGUEORA STREET, 10TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2543
TELEPHONE (213) 624-7707

Thad A. Davis, Esq./Calif. Bar No. 220503 – thaddavis@quinnemanuel.com

Attorneys for Defendants
American International Group, Inc.,
National Union Fire Insurance Company
of Pittsburgh, PA., and AIG Domestic
Claims, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Crown Paper Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>American International Group, Inc. d/b/a AIG, a Delaware corporation; National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation; | Case No. 3:07-cv-02308-MMC<br>ORDER CONTINUING HEARING DATE;<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS
OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG DOMESTIC CLAIMS, INC.'S
MOTION TO DISMISS

| | |
|---|---|
| AIG Domestic Claims, Inc. f/k/a AIG Technical Services Inc., a Delaware corporation; Marsh USA Risk & Insurance Services Inc. d/b/a Marsh USA Inc., a Delaware corporation; Marsh & McLennan Companies, Inc, a Delaware corporation; Marsh Ltd., a United Kingdom corporation; Finpro, a division of Marsh Ltd.; Richard E Cowan, and Does One through 50,<br><br>Defendants. | DOMESTIC CLAIMS, INC.'S MOTION TO DISMISS<br><br>Current Date:  May 25, 2007<br>Proposed New Date:  May 31, 2007<br>Judge:  Maxine M. Chesney<br>Courtroom:  7 (19th Floor) |

The following stipulation is entered into between Plaintiff Crown Paper Liquidating Trust, and Defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA., and AIG Domestic Claims, Inc.

WHEREAS, the parties have conferred regarding Plaintiff's request to extend the filing time for its Opposition to Defendants' American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA., and AIG Domestic Claims, Inc. Motion to Dismiss;

WHEREAS, the parties have filed this Stipulation Extending Time for Plaintiff to File its Opposition to Defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA., and AIG Domestic Claims, Inc. Motion to Dismiss;

WHEREAS, the parties do not believe extension of time for Plaintiff to file its Opposition to Defendants' Motion to Dismiss will affect the currently scheduled hearing date of June 15, 2007;

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG DOMESTIC CLAIMS, INC.'S MOTION TO DISMISS

Case No.  3:07-cv-02308-MMC                    2

::ODMA\PCDOCS\BGD\1213\1

IT IS HEREBY STIPULATED AND AGREED that Plaintiff may file its Opposition to Defendants' Motion to Dismiss no later than Thursday, May 31, 2007, and that Defendants may file their Reply no later than June 7, 2007.

BEUS GILBERT PLLC

Dated: May 25, 2007           By: /s/ Albert J. Morrison
                                  Albert J. Morrison
                                  Attorneys for Plaintiff

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Dated: May 25, 2007           By: /s/ Thad A. Davis
                                  Thad A. Davis
                                  Attorneys for Defendants

Good cause appearing,

IT IS HEREBY ORDERED granting Plaintiff an extension of time up to and including May 31, 2007 within which to file its Opposition to Defendants' American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA., and AIG Domestic Claims, Inc. Motion to Dismiss, and grant Defendant an extension of time until June 7, 2007, to file its Reply.

IT IS FURTHER ORDERED that the hearing on defendants' motion to dismiss is continued from June 15, 2007 to June 22, 2007, at 9:00 a.m.

Dated: May 29, 2007                    _____
                                        Hon. Maxine M. Chesney
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND AIG DOMESTIC CLAIMS, INC.'S MOTION TO DISMISS

Case No. 3:07-cv-02308-MMC           3                    ::ODMA\PCDOCS\BGD\1213\1