IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>            Plaintiff,<br>   v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>            Defendants / | No. C-07-2308 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION SEEKING LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

   On April 27, 2007, defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. removed the above-titled action on the basis of diversity jurisdiction.  In that regard, removing defendants asserted that defendant Richard E. Cowan ("Cowan"), the only defendant who is a citizen of the same state as plaintiff, was fraudulently joined as a party.  By order filed May 14, 2007, the Court directed removing defendants to show cause, no later than May 24, 2007, why the action should not be remanded and, specifically, to demonstrate the basis for their assertion that Cowan was fraudulently-joined; additionally, the Court afforded plaintiff leave to file, no later than May 31, 2007, a reply to removing defendants' response.

   On May 24, 2007, removing defendants filed a timely response to the Court's order. On June 8, 2007, the Court, having received no reply from plaintiff, ordered plaintiff to show cause why its claims against Cowan should not be dismissed on the ground Cowan is not

properly joined as a party, and, further, afforded plaintiff leave to set forth its response to removing defendants' newly-stated reliance on 28 U.S.C. § 1334(b). Said order, in essence, extended to June 22, 2007 the deadline by which plaintiff could file a reply to defendants' response.

Now before the Court is plaintiff's "Motion Seeking Leave of Court to File Reply to Defendants' Response to Court's Order Directing Defendants to Show Cause Why Action Should Not be Remanded for Lack of Subject Matter Jurisdiction." Said motion was filed June 8, 2007, shortly after the Court filed its order that same date. In said motion, plaintiff sets forth the reason it did not file a timely reply to removing defendants' response to the Court's May 14, 2007 order to show cause, and seeks leave to file a reply to removing defendants' response.

In light of the Court's order of June 8, 2007, plaintiff's motion for leave to file a reply is hereby DENIED as moot.[1]

**IT IS SO ORDERED.**

Dated: June 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In its motion, plaintiff states "[a]s this [m]otion was being prepared for filing, counsel received electronic notice of the Court's Order [filed June 8, 2007]"; plaintiff further states it "believes that [its] [m]otion should still be filed to properly advise the Court why [p]laintiff did not file its Reply by May 31, 2007." (See Pl.'s Mot. at 1:5-9.) To the extent plaintiff filed the motion for said purpose, the Court finds plaintiff has demonstrated good cause for its failure to file a timely reply.

2