IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. C-07-2308 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants / | |

Before the Court is the Joint Case Management Statement, filed July 27, 2007, on behalf of plaintiff Crown Paper Liquidating Trust ("Crown") and defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. (collectively, "AIG").

In light of the pendency of AIG's motion to dismiss, and the fact that Crown has only recently served defendants Richard E. Cowan, Marsh & McLennan Companies, Inc., and Marsh USA Inc.,[1] the Court hereby CONTINUES the Case Management Conference to September 28, 2007. The parties shall file a Joint Case Management Statement no later than September 21, 2007.

**IT IS SO ORDERED.**

Dated: July 31, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] None of the three recently-served defendants participated in the preparation of, or signed, the Joint Case Management Statement.