1  BINGHAM MCCUTCHEN LLP
   ROBERT A. LEWIS (SBN 83630)
2  BESS KENNEDY (SBN 246039)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286

5  Attorneys for Defendants
   MARSH USA., INC.; MARSH & MCLENNAN
6  COMPANIES, INC.; RICHARD E. COWAN

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  CROWN PAPER LIQUIDATING TRUST,          No. C-07-2308 MMC

13            Plaintiff,                    STIPULATION AND [PROPOSED]
                                            ORDER TO CHANGE DATE OF CASE
14         v.                               MANAGEMENT CONFERENCE

15  AMERICAN INTERNATIONAL GROUP, INC.,     Filing Date:    March 28, 2007
    d/b/a AIG, a Delaware Corporation; NATIONAL   Trial Date:     None set
16  UNION FIRE INSURANCE COMPANY OF         Hearing Date:   September 21, 2007
    PITTSBURGH, PA., a Pennsylvania corporation;
17  AIG DOMESTIC CLAIMS, INC. f/k/a/ AIG
    TECHINCAL SERVICES INC., a Delaware
18  Corporation; MARSH USA RISK &
    INSURANCE SERVICES INC. d/b/a/ MARSH
19  USA INC., a Delaware Corporation; MARSH &
    MCCLENNAN COMPANIES, INC., a Delaware
20  Corporation; MARSH LTD., a United Kingdom
    Corporation; FINPRO, a Division of Marsh Ltd.;
21  RICHARD E. COWAN, and Does One through
    50,

22            Defendants.

23

24

25

26

27

28
    A/72212032.1/2000047-0000325588                        C-07-2308 MMC

1        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

2   COUNSEL AS FOLLOWS:

3        Currently, the Case Management Conference ("Conference") is scheduled for

4   September 28, 2007.  An unexpected and unavoidable conflict has arisen for counsel for

5   Defendants Marsh U.S.A., Inc., Marsh & McClennan Companies, Inc., and Richard E. Cowan,

6   that prevents counsel from attending the Conference on September 28, 2007.

7        The parties agree to continue the Conference until Friday, October 26, 2007 at

8   10:30 a.m. and will file their Joint Case Management Statement, pursuant to Civil L.R. 16-9 and

9   FED. R. CIV. P. 26(f), no later than Friday, October 12, 2007.

10

11

12

13   IT IS HEREBY STIPULATED.

14

15   DATED: September 14, 2007      BINGHAM McCUTCHEN LLP

16

17                   By:_____/s/_____

18                         Robert Lewis
                   Attorneys for Defendant

19               MARSH USA., INC.; MARSH & MCLENNAN
              COMPANIES, INC.; RICHARD E. COWAN

20

21   DATED:  September 14, 2007     QUINN EMANUEL URQUHART OLIVER &
              HEDGES, LLP

22

23

24                   By:_____/s/_____
                      Thad Davis

25                      Attorneys for Defendant
          AMERICAN INTERNATIONAL GROUP, INC.,

26           NATIONAL UNION FIRE INSURANCE COMPANY
        OF PITTSBURGH, PA., AIG DOMESTIC CLAIMS,

27                             INC.

28

A/72212032.1/2000047-0000325588       2        C-07-2308 MMC

1

2   DATED:  September 14, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEUS GILBERT PLLC


By:_____/s/_____
                    Albert Morrison
            Attorneys for Plaintiff
    CROWN PAPER LIQUIDATING TRUST

STIPULATION AND [PROPOSED] ORDER TO CHANGE
DATE OF CASE MANAGEMENT CONFERENCE

1         **<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>**

2   IT IS HEREBY ORDERED:

3         1.     That the Case Management Conference is continued until October 26,

4   2007.

5         2.     That the parties are to file their Joint Case Management Statement,

6   pursuant to Civil L.R. 16-9 and FED. R. CIV. P. 26(f), no later than October ~~12, 2007.~~ 19, 2007.

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9   DATED: September__18__, 2007

10

11         _____
               Honorable Maxine M. Chesney

12                Judge of the United States District Court
               Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/72212032.1/2000047-0000325588         **4**         C-07-2308 MMC

STIPULATION AND [PROPOSED] ORDER TO CHANGE
DATE OF CASE MANAGEMENT CONFERENCE