IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. C-07-2308 MMC |
| Plaintiff, <br> v. <br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br> Defendants / | **ORDER DIRECTING ALL COUNSEL TO APPEAR TELEPHONICALLY AT OCTOBER 26, 2007 CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of a "Notice of Intent to Appear by Telephone at Case Management Conference," filed October 18, 2007, by defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. (collectively, "AIG Defendants"). The Court is also in receipt of "Plaintiff Crown Paper Liquidating Trust's Notice of Intent to Appear by Telephone at Case Management Conference," filed October 19, 2007.

Neither AIG Defendants nor plaintiff have filed a request to appear telephonically at the October 26, 2007 Case Management Conference. See Civil L.R. 16-10(a) (providing request to participate in case management conference by telephone shall be filed at least five days before conference). It is apparent, however, that such parties seek to appear by telephone in light of the considerable distance between their respective offices and the Northern District.

Accordingly, the Court will afford AIG Defendants and plaintiff leave to appear at the October 26, 2007 Case Management Conference by telephone. Additionally, counsel for Marsh U.S.A., Inc., Marsh & McLennan Companies, Inc., and Richard E. Cowan, is directed to appear at said conference by telephone.

**IT IS SO ORDERED.**

Dated:  October 24, 2007

MAXINE M. CHESNEY
United States District Judge