1  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
2    Thad A. Davis (Bar No. 220503)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
4  Facsimile: (213) 443-3100

5

6  Attorneys for American International Group, Inc.,
   National Union Fire Insurance Company of
7  Pittsburgh, Pa., and AIG Domestic Claims, Inc.

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | CASE NO. 3:07 cv 02308 - MMC |
| Plaintiff, | ORDER DENYING AS MOOT |
| vs. | REQUEST ~~AND [PROPOSED] ORDER~~ PERMITTING LEAD TRIAL COUNSEL FOR THE AIG PARTIES TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| AMERICAN INTERNATIONAL GROUP, INC. d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a PA Corporation; AIG DOMESTIC CLAIMS, INC. f/k/a AIG TECHNICAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC, a Delaware Corporation; MARSH LTD., a United Kingdom Corporation; FINPRO, a Division of Marsh Ltd.; RICHARD E. COWAN, and Does One through 50, | Date:    October 26, 2007<br>Time:    10:30 a.m.<br>Dept.:    17C<br>Judge:    Hon. Maxine M. Chesney<br><br>Action Filed:  March 28, 2007 |
| Defendants. | |

20456/2264080.1

Case No. 3:07 cv 02308 - MMC
REQUEST AND [PROPOSED] ORDER PERMITTING LEAD TRIAL COUNSEL FOR THE AIG PARTIES TO
APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 16-10(a) of the United States District Court for the Northern District of California , Defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA, and AIG Domestic Claims, Inc., (the "AIG Parties") respectfully request that this Court allow its lead trial counsel, Thad A. Davis, to appear telephonically for the Case Management Conference scheduled for October 26, 2007 in the above-captioned matter.  Good cause justifies such request as Mr. Davis will be on the east coast that day attending to a family emergency, which precludes him from traveling to San Francisco to attend the hearing in person.  Amanda Linn, also counsel for the AIG Parties, will still be appearing at the Case Management Conference in person.  However, as the attorney authorized by the AIG Parties to make admissions and enter into stipulations, Mr. Davis would still like to participate in the Case Management Conference so that all relevant matters can be resolved at such time.

Unaware that leave of this Court was required, Mr. Davis previously filed a Notice of Intent to Appear by Telephone with this Court on October 18, 2007.  Accordingly, Mr. Davis respectfully requests that the failure to file this request within five days be excused.

DATED: October 23, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Respectfully submitted by         /s/ Thad A. Davis
                                  Thad A. Davis
                                  Attorneys for American International
                                  Group, Inc., National Union Fire Insurance
                                  Company of Pittsburgh, Pa., and AIG
                                  Domestic Claims, Inc.

IT IS HEREBY ORDERED:   In light of the Court's order filed October 24, 2007 directing all counsel to appear by telephone at the October 26, 2007 Case Management Conference, the instant request is DENIED as moot.  No counsel should appear in person on October 26, 2007.

DATE: October 24, 2007

The Honorable Maxine M. Chesney
United States District Judge

20456/2264080.1

-2-   Case No. 3:07 cv 02308 - MMC
REQUEST AND [PROPOSED] ORDER PERMITTING LEAD TRIAL COUNSEL FOR THE AIG PARTIES TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE