IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. 07-2308 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST MARSH LTD. SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC, et al., | |
| Defendants | |

"If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period . . . ." Fed. R. Civ. P. 4(m).

On April 27, 2007, plaintiff's complaint was removed to district court. To date, plaintiff has not filed proof of service of the summons and complaint upon defendant Marsh Ltd. Pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 19, 2007, why plaintiff's claims against Marsh Ltd. should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: November 2, 2007

_____
MAXINE M. CHESNEY
United States District Judge