**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. C-07-2308 MMC |
| Plaintiff, | **ORDER DISMISSING DEFENDANT MARSH LTD.** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants / | |

Before the Court is plaintiff's response to the Court's November 2, 2007 order directing plaintiff to show cause why its claims against Marsh Ltd. should not be dismissed for failure to timely serve Marsh Ltd.

In its response, plaintiff states it has not served Marsh Ltd. because it believes Marsh Ltd. is not a proper defendant herein, and requests the Court dismiss said defendant.

Accordingly, plaintiff's claims against Marsh Ltd. are hereby DISMISSED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 19, 2007

MAXINE M. CHESNEY
United States District Judge