| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>ROBERT A. LEWIS (SBN 83630)<br>ELIZABETH KENNEDY (SBN 246039)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>Attorneys for Defendants<br>MARSH USA., INC.; MARSH & MCLENNAN COMPANIES, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>    Plaintiff,<br>  v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; AIG DOMESTIC CLAIMS, INC. f/k/a/ AIG TECHINCAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a/ MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC., a Delaware Corporation; and Does One through 50,<br><br>    Defendants. | No. C-07-2308 MMC<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER THEREON |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND STIPULATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby submit a |
| 2 | Stipulated Request for Order Changing Time. |
| 3 | IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR |
| 4 | COUNSEL AS FOLLOWS: |
| 5 | Plaintiff, Crown Paper Liquidating Trust, and Defendants Marsh USA. Inc., and |
| 6 | Marsh & McLennan Companies ("Marsh Defendants"), through their respective counsel, |
| 7 | stipulate and agree as follows: |
| 8 | 1. The parties stipulate that the Marsh Defendants shall have an extension of |
| 9 | the time to answer or otherwise respond to the First Amended Complaint filed in this Court on |
| 10 | December 17, 2007. |
| 11 | 2. Pursuant to Local Civil Rule 6-1, the time for the Marsh Defendants to file |
| 12 | and serve a response to the First Amended Complaint is hereby extended to and including |
| 13 | January 28, 2008. |
| 14 | 3. Pursuant to Local Civil Rule 6-2, the time for Crown Paper Liquidating |
| 15 | Trust to file and serve any response to the Marsh Defendants' response to the First Amended |
| 16 | Complaint is hereby extended by fourteen (14) days beyond the time set forth in Local Civil Rule |
| 17 | 7-3(a). (See attached Declaration of Elizabeth Kennedy). |
| 18 | IT IS HEREBY STIPULATED. |
| 19 | |
| 20 | DATED: January 15, 2008    BINGHAM McCUTCHEN LLP |
| 21 | |
| 22 | |
| 23 | By:_____/s/_____ |
| 24 | Robert Lewis |
| | Attorneys for Defendant |
| 25 | MARSH USA., INC.; MARSH & MCLENNAN COMPANIES, INC. |
| 26 | |
| 27 | |
| 28 | 2 |

DATED: January 15, 2008    BEUS GILBERT PLLC


By: _____/s/_____
Albert Morrison
Attorneys for Plaintiff
CROWN PAPER LIQUIDATING TRUST


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 17, 2008    _____
The Honorable Maxine M. Chesney

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND STIPULATED REQUEST FOR ORDER CHANGING TIME

I, ELIZABETH KENNEDY, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court. I am an associate at Bingham McCutchen LLP, counsel of record for defendant Marsh USA, Inc. and Marsh & McLennan Companies, Inc. in this matter. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Due to unforeseen circumstances that have required extensive travel, the Marsh Defendants requested, and Plaintiff agreed to, an extension of time for the Marsh Defendants to respond to the First Amended Complaint. The Marsh Defendants shall respond to the First Amended Complaint on January 28, 2008.

3. Plaintiff requested, and the Marsh Defendants agreed to, an additional fourteen (14) days in which to file any response to the Marsh Defendants' response to the First Amended Complaint.

4. On December 19, 2007, the Parties filed a joint stipulation extending the time to reply to the First Amended Complaint to January 17, 2008.

5. If the Court grants the requested time change, there would be no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15 of January, 2008 in San Francisco, California.

/s/
Elizabeth Kennedy
Attorneys for Defendants Marsh USA, Inc. and Marsh & McLennan Companies, Inc.

4

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND STIPULATED REQUEST FOR ORDER CHANGING TIME