QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Thad A. Davis (Bar No. 220503)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for American International Group, Inc.,
National Union Fire Insurance Company of Pittsburgh, Pa.,
and AIG Domestic Claims, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a PA Corporation; AIG DOMESTIC CLAIMS, INC. f/k/a AIG TECHNICAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC, a Delaware Corporation; and Does One through 50,<br><br>Defendants. | CASE NO. 3:07–CV–02308–MMC<br><br>ORDER APPROVING<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>Action Filed: March 28, 2007<br>Trial Date: January 26, 2009 |

20456/2354722.1

Case No. 3:07–CV–02308–MMC
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND
STIPULATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby submit a |
| 2 | Stipulated Request for Order Changing Time. |
| 3 | IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR |
| 4 | COUNSEL AS FOLLOWS: |
| 5 | Plaintiff, Crown Paper Liquidating Trust, and Defendants American International |
| 6 | Group, Inc. d/b/a AIG, National Union Fire Insurance Company of Pittsburgh, PA, and AIG |
| 7 | Domestic Claims, Inc. f/k/a AIG Technical Services, Inc. (the "AIG Defendants"), through their |
| 8 | respective counsel, stipulate and agree as follows: |
| 9 | 1. The parties stipulate that the AIG Defendants shall have an extension of the |
| 10 | time to answer or otherwise respond to the First Amended Complaint filed in this Court on |
| 11 | December 17, 2007. |
| 12 | 2. Pursuant to Local Civil Rule 6-1, the time for the AIG Defendants to file |
| 13 | and serve a response to the First Amended Complaint is hereby extended to and including January |
| 14 | 28, 2008. |
| 15 | 3. Pursuant to Local Civil Rule 6-2, the time for Crown Paper Liquidating |
| 16 | Trust to file and serve any response to the AIG Defendants' response to the First Amended |
| 17 | Complaint is hereby extended by fourteen (14) days beyond the time set forth in Local Civil Rule |
| 18 | 7-3(a). (See attached Declaration of Amanda Linn). |
| 19 | IT IS HEREBY STIPULATED. |
| 20 | DATED: January 16, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 22 | |
| 23 | By  /s/ *Thad A. Davis* |
|    | Thad A. Davis |
|    | Attorneys for American International Group, Inc., |
|    | National Union Fire Insurance Company of Pittsburgh, Pa., |
|    | and AIG Domestic Claims, Inc. |

20456/2354722.1

-1-                                                     Case No. 3:07–CV–02308–MMC
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND
STIPULATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| DATED: January 16, 2008 | BEUS GILBERT PLLC |

By  /s/ *Albert Morrison*
Albert Morrison
Attorneys for Plaintiff
Crown Paper Liquidating Trust

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: January 17, 2008

*[signature: Maxine M. Chesney]*
The Honorable Maxine M. Chesney

20456/2354722.1

-2-  Case No. 3:07– CV– 02308– MMC
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND STIPULATED REQUEST FOR ORDER CHANGING TIME

I, AMANDA K. LINN, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. in this matter. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Due to the Marsh Defendants' request for an extension of time for the Marsh Defendants to respond to the First Amended Complaint, and in order to avoid the risk of prejudice and ensure uniformity in the deadlines and calendar of this case, the AIG Defendants have requested, and Plaintiff agreed, to an identical extension of time for the AIG Defendants to respond to the First Amended Complaint. The AIG Defendants shall respond to the First Amended Complaint on January 28, 2008.

3. Plaintiff requested, and the AIG Defendants agreed to, an additional fourteen (14) days in which to file any response to the AIG Defendants' response to the First Amended Complaint.

4. On December 19, 2007, the Parties filed a joint stipulation extending the time to reply to the First Amended Complaint to January 17, 2008.

5. If the Court grants the requested time change, there would be no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 of January, 2008 in Los Angeles, California.

    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ *Amanda K. Linn*
Amanda K. Linn
Attorneys for American International Group, Inc.,
National Union Fire Insurance Company of Pittsburgh, Pa.,
and AIG Domestic Claims, Inc.

20456/2354722.1

-3- Case No. 3:07– CV– 02308– MMC
STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND STIPULATED REQUEST FOR ORDER CHANGING TIME