IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. C-07-2308 MMC |
|     Plaintiff,<br>  v. | **ORDER GRANTING MARSH'S MOTION TO DISMISS; VACATING HEARING** |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
|     Defendants                  / | |

     Before the Court is defendants Marsh USA, Inc. and Marsh & McLellan Companies, Inc.'s (collectively, "Marsh") "Motion to Dismiss First Amended Complaint or, in the Alternative, for a More Definite Statement," filed January 28, 2008.  Plaintiff Crown Paper Liquidating Trust ("Crown") has filed opposition, to which Marsh has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for April 11, 2008, and rules as follows.

     By order filed November 27, 2007, the Court found Crown, in its initial complaint, had failed to a state a claim against Marsh, and afforded Crown leave to amend to cure the deficiencies identified therein.  The Court finds, for the reasons stated by Marsh in its motion, that Crown's First Amended Complaint has failed to cure those deficiencies. Specifically, to the extent Crown's claims are based on the allegations that Marsh (1) failed

1  to secure an endorsement and/or copy of the policy, and (2) failed, on March 15, 2002, to
2  give notice of the subject claim to Crown's insurer, the Court finds Crown's claims are
3  barred by the applicable statute of limitations and that Crown has not pled sufficient facts to
4  support a finding that any cognizable exception to the statute of limitations applies.
5  Further, to the extent Crown's claims are based on the allegation that Marsh failed to
6  deliver policy information to Crown after Crown's insurer had denied Crown's claim, Crown
7  fails to allege that such omission caused Crown any cognizable damage.

8  　　　　Accordingly, Marsh's motion is hereby GRANTED, and, as against Marsh, the First
9  Amended Complaint is hereby DISMISSED without further leave to amend.

10 　　**IT IS SO ORDERED.**

12 Dated: April 9, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge