IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROWN PAPER LIQUIDATING TRUST,

    Plaintiff,

  v.

AMERICAN INTERNATIONAL GROUP, INC., et al.,

    Defendants

                            /

No. C-07-2308 MMC

**ORDER APPROVING STIPULATION TAKING OFF CALENDAR ALL PENDING MOTIONS; DIRECTIONS TO PARTIES**

      Before the Court is a stipulation, filed April 28, 2008, between the remaining parties to the above-titled action. By said stipulation, the parties request that all pending motions be taken off calendar, pending a potential resolution of the action. The following motions are currently under submission: (1) the "Motion to Dismiss, and, in the Alternative, Motion for Summary Judgment," filed January 28, 2008 by defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA, and AIG Domestic Claims, Inc.'s (collectively, "AIG"); and (2) "Plaintiff's (Alternative) Rule 56(f) Motion Opposing [AIG's] Motion for Summary Judgment," filed March 7, 2008.

      Good cause appearing, the stipulation is hereby GRANTED, and the above-referenced motions are taken off calendar.

      The parties are DIRECTED to file, no later than May 30, 2008, a joint status report.

      **IT IS SO ORDERED.**

Dated: April 30, 2008

                                      MAXINE M. CHESNEY
                                      United States District Judge