**BEUS GILBERT PLLC**
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA  85251-7642
TELEPHONE (480) 429-3000

Leo R. Beus/Ariz. Bar No. 002687 (*pro hac vice pending*) - lbeus@beusgilbert.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Crown Paper Liquidating Trust,<br><br>                        Plaintiff,<br><br>          v.<br><br>American International Group, Inc. d/b/a AIG, a Delaware corporation; National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation; AIG Domestic Claims, Inc. f/k/a AIG Technical Services Inc., a Delaware corporation; Marsh USA Risk & Insurance Services Inc. d/b/a Marsh USA Inc., a Delaware corporation; Marsh & McLennan Companies, Inc, a Delaware corporation; Marsh Ltd., a United Kingdom corporation; Finpro, a division of Marsh Ltd.; Richard E Cowan, and Does One through 50,<br><br>                        Defendants. | Case No.  3:07-cv-02308-MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DISCOVERY<br><br>Judge:  Maxine M. Chesney<br>Courtroom:  7 (19th floor) |

### STIPULATION

The following stipulation is entered into between Plaintiff Crown Paper Liquidating Trust ("Crown"), and Defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, PA., and AIG Domestic Claims, Inc (collectively, "AIG").

WHEREAS, counsel for the parties have conferred regarding impending discovery deadlines;

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DISCOVERY
Case No.  3:07-cv-02308-MMC                    1

::ODMA\PCDOCS\BGD\30537\1

WHEREAS, the parties have not engaged in substantial discovery while motions on the pleadings have been pending;

WHEREAS, this Court has removed from its calendar AIG's pending motion to dismiss, or, in the alternative, motion for summary judgment, filed January 28, 2008, and Plaintiff's pending Rule 56(f) motion opposing AIG's motion for summary judgment, filed March 7, 2008, to allow a settlement to be reached between the parties;

WHEREAS, the parties have jointly filed this stipulation to extend time for discovery;

IT IS HEREBY STIPULATED AND AGREED that each of the discovery deadlines set forth in this Court's October 29, 2007, scheduling order should be extended by two months. Hence, the parties request that this Court enter an order amending its scheduling order and extending the non-expert discovery cutoff from May 5, 2008, to July 7, 2008; the deadline for designation of experts from May 26, 2008, to July 28, 2008; the deadline for designation of rebuttal experts from June 16, 2008, to August 18, 2008; and the expert discovery cutoff from July 18, 2008, to September 18, 2008. The parties recognize that this extension may eventually necessitate the modification of other dates, including the October 17, 2008, deadline for dispositive motions and the January 26, 2009, trial date. The parties respectfully propose that such issues can be addressed in the May 30, 2008, joint status report that this Court, in its April 30, 2008, order, has directed the parties to file.

                                                Beus Gilbert PLLC

DATED: May 2, 2008                    By:   *s/ Leo R. Beus*
                                                          Leo R. Beus
                                                          *Attorneys for Plaintiff*

                                              Quinn Emanuel Urquhart Oliver & Hedges, LLP

DATED: May 2, 2008                    By:   *s/ Thad A. Davis*
                                                          Thad A. Davis
                                                          Attorneys for Defendants


## [~~PROPOSED~~] ORDER

Good cause appearing,

IT IS HEREBY ORDERED granting the parties a two-month extension of time for each of the currently scheduled discovery deadlines and amending this Court's October 29, 2007, scheduling order accordingly. The non-expert discovery cutoff shall be July 7, 2008; the deadline for designation of experts shall be July 28, 2008; the deadline for designation of rebuttal experts shall be August 18, 2008; and the expert discovery cutoff shall be September 18, 2008.


DATED: May 8, 2008                                               *[signature]*
                                                        Hon. Maxine M. Chesney
                                                        United States District Judge