1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Thad A. Davis (Bar No. 220503)
2  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017–2543
3  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100

4

5  Attorneys for American International Group, Inc.,
   National Union Fire Insurance Company of Pittsburgh, Pa.,
6  and AIG Domestic Claims, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | CROWN PAPER LIQUIDATING TRUST, | CASE NO. 3:07–CV–02308–MMC |
   |---|---|
13 | Plaintiff, | |
14 | vs. | |
15 | AMERICAN INTERNATIONAL GROUP, INC. d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a PA Corporation; AIG DOMESTIC CLAIMS, INC. f/k/a AIG TECHNICAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC, a Delaware Corporation; and Does One through 50, | JOINT STATUS REPORT AND STIPULATION TO FURTHER EXTEND DEADLINES IN SCHEDULING ORDER; [PROPOSED] ORDER  Action Filed: March 28, 2007  Trial Date: January 26, 2009 |
   | Defendants. | |

**JOINT STATUS REPORT**

Plaintiff and Defendants hereby submit the following status report, pursuant to this Court's April 30, 2008 Minute Order:

Plaintiff and Defendants continue to actively discuss a resolution to this case and have agreed to submit the matter to mediation. Plaintiff has agreed to appear before the mediator of Defendants' choice, and the parties are currently discussing a mutually agreeable date. Defendants had proposed June 18, 2008, for the mediation, and Plaintiff had tentatively agreed, but a conflict arose for Plaintiff making Plaintiff unable to attend any mediation until July 1, 2008. As AIG's counsel is unavailable the first two weeks of July, the parties are attempting to schedule a mediation in mid to late July.

Plaintiff and Defendants agree that they require an additional ninety days to submit to mediation and complete settlement discussions. Accordingly, Plaintiff and Defendant have entered into the below stipulation regarding submission of a further Joint Status Report and the extension of deadlines set in this Court's October 29, 2008 Scheduling Order, as modified on May 8, 2008.

**STIPULATION**

1. Plaintiff and Defendants hereby stipulate and agree, subject to this Court's approval, that they will issue a further Joint Status Report along with the Further Conference Statement, no later than August 29, 2008.

2. With the exception of the Further Status Conference currently set for September 5, which the parties agree should remain unchanged, Plaintiff and Defendants hereby stipulate and agree, subject to this Court's approval, that each of the discovery deadlines set forth in this Court's October 29, 2007, scheduling order, as modified by this Court's May 8, 2008 Order, should be extended by three months. Hence, the parties request that this Court enter an order amending its scheduling order and extending the non-expert discovery cutoff from July 7, 2008 to October 6, 2008; the deadline for designation of experts from July 28, 2008 to October 27, 2008; the deadline for designation of rebuttal experts from August 18, 2008 to November 17, 2008; the expert discovery cutoff from September 18, 2008 to December 18, 2008; and the deadline for dispositive

motions should be extended from October 17, 2008 to January 16, 2009.  The parties acknowledge that this extension will necessitate a modification of the January 26, 2009, trial date, and they respectfully propose and agree to a new trial date of March 16, 2009, with a pre-trial conference date of March 3, 2009.

IT IS HEREBY STIPULATED.

DATED:  May 30, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/ Thad A. Davis
    Thad A. Davis
    Attorneys for American International Group, Inc.,
    National Union Fire Insurance Company of Pittsburgh, Pa.,
    and AIG Domestic Claims, Inc.

DATED:  May 30, 2008            BEUS GILBERT PLLC


By  /s/ Leo R. Beus
    Leo R. Beus
    Attorneys for Plaintiff
    Crown Paper Liquidating Trust

### [PROPOSED] ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the parties will submit a further Joint Status Report, ~~together with a Further Status Conference Report,~~ on August 29, 2008.  The Further Status Conference Currently Scheduled for September 5, 2008, will remain on calendar, but all other dates set in this Court's October 29, 2007 scheduling order, as modified by its May 8, 2008 Order, are hereby amended as follows: the non-expert discovery cutoff shall be October 6, 2008; the deadline for designation of experts shall be October 27, 2008; the deadline for designation of rebuttal experts shall be November 17, 2008; the expert discovery cutoff shall be December 18,

//
//

1  2008; and the deadline for ^filing dispositive motions shall be January ~~16~~ 2, 2009, the trial date shall be
2  March 16, 2009, with a pre-trial conference date of March 3, 2009.

DATED: June 5, 2008

_____
Hon. Maxine M. Chesney
United States District Judge