QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Thad A. Davis (Bar No. 220503)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for American International Group, Inc.,
National Union Fire Insurance Company of Pittsburgh, Pa.,
and AIG Domestic Claims, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>         Plaintiff,<br><br>     vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. d/b/a AIG, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a PA Corporation; AIG DOMESTIC CLAIMS, INC. f/k/a AIG TECHNICAL SERVICES INC., a Delaware Corporation; MARSH USA RISK & INSURANCE SERVICES INC. d/b/a MARSH USA INC., a Delaware Corporation; MARSH & MCLENNAN COMPANIES, INC, a Delaware Corporation; and Does One through 50,<br><br>         Defendants. | CASE NO. 3:07–CV–02308–MMC<br><br>JOINT STATUS REPORT AND STIPULATION TO FURTHER EXTEND DEADLINES IN SCHEDULING ORDER;<br><br>[PROPOSED] ORDER<br><br>Action Filed: March 28, 2007<br>Trial Date:   March 16, 2009 |

20456/2615527.2

Case No. CV CASE NO. 3:07–CV–02308–MMC
JOINT STATUS REPORT AND STIPULATION TO FURTHER EXTEND DEADLINES IN SCHEDULING ORDER

**JOINT STATUS REPORT**

Plaintiff Crown Paper Liquidating Trust and Defendants American International Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims, Inc. (collectively, the "Parties") hereby submit the following status report, pursuant to this Court's June 5, 2008 Order:

The Parties conducted a successful mediation with Justice Panelli and are in the final stages of drafting the settlement document.  Though the Parties anticipate that this matter will be resolved and this case voluntarily dismissed within thirty days, out of an abundance of caution, the Parties are requesting an additional sixty days to complete settlement negotiations.  Accordingly, the Parties have entered into the below stipulation regarding the extension of deadlines and continuance of hearing dates set in this Court's October 29, 2008 Scheduling Order, as modified on May 8, 2008 and June 5, 2008.

**STIPULATION**

1. The Parties hereby stipulate and agree, subject to this Court's approval, that they will issue a further Joint Status Report, along with the Further Conference Statement, if necessary, no later October 28, 2008.

2. The Parties hereby stipulate and agree, subject to this Court's approval, that each of the discovery deadlines set forth in this Court's October 29, 2007, scheduling order, as modified by this Court's May 8, 2008 Order and June 5, 2008 Order, should be extended by sixty days.  Hence, the parties request that this Court enter an order amending its scheduling order and extending the Further Status Conference currently set for September 5 to November 4, 2008; the non-expert discovery cutoff from October 6, 2008 to December 5, 2008; the deadline for designation of experts from October 27, 2008 to December 23, 2008; the deadline for designation of rebuttal experts from November 17, 2008 to January 16, 2009; the expert discovery cutoff from December 18, 2008 to February 16, 2009; and the deadline for dispositive motions from January 16, 2009 to March 17, 2009.   The parties acknowledge that this extension will necessitate a modification of the March 16, 2009 trial date, and they respectfully propose and agree to a new trial date of May 18, 2009, with a pre-trial conference date of May 5, 2009.

20456/2615527.2

-1-    Case No. CV CASE NO. 3:07– CV– 02308– MMC
JOINT STATUS REPORT AND STIPULATION TO FURTHER EXTEND DEADLINES IN SCHEDULING ORDER

IT IS HEREBY STIPULATED.

DATED: August 26, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Thad A. Davis
    Thad A. Davis
    Attorneys for American International Group, Inc.,
    National Union Fire Insurance Company of Pittsburgh, Pa.,
    and AIG Domestic Claims, Inc.

DATED: August 26, 2008           BEUS GILBERT PLLC

By  /s/ Leo R. Beus
    Leo R. Beus
    Attorneys for Plaintiff
    Crown Paper Liquidating Trust

### [~~PROPOSED~~] ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the parties will submit a further Joint Status Report, together with a Further Status Conference Report, on October 28, 2008. The Further Status Conference currently Scheduled for September 5, 2008 is hereby continued to ~~November 4~~ November 7, 2008, and all other dates set in this Court's October 29, 2007 scheduling order, as modified by its May 8, 2008 Order and its June 5, 2008 Order, are hereby amended as follows: the non-expert discovery cutoff shall be December 5, 2008; the deadline for designation of experts shall be December 23, 2008; the deadline for designation of rebuttal experts shall be January 16, 2009; the expert discovery cutoff shall be February 16, 2009; the deadline for dispositive motions shall be ~~March 17~~ March 13, 2009; the trial date shall be May 18, 2009, with a pre-trial conference date of May 5, 2009.

DATED: August 28, 2008

Hon. Maxine M. Chesney
United States District Judge