1

2

**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA  85251
TELEPHONE (480) 429-3000

3

4

5

Leo R. Beus/Ariz. Bar No. 002687 (*pro hac vice pending)* – lbeus@beusgilbert.com
Timothy J. Paris/Calif. Bar No. 90094 – tparis@beusgilbert.com

6

Attorneys for Plaintiff

7

## UNITED STATES DISTRICT COURT

8

### DISTRICT OF NORTHERN CALIFORNIA

9

| | |
|---|---|
| Crown Paper Liquidating Trust, | Case No.  3:07-cv-02308-MMC |
| Plaintiff, | **JOINT STATUS REPORT AND STIPULATION TO VACATE STATUS HEARING AND DEADLINES IN SCHEDULING ORDER** |
| v. | **and** |
| American International Group, Inc. d/b/a AIG, a Delaware corporation; National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation; AIG Domestic Claims, Inc. f/k/a AIG Technical Services Inc., a Delaware corporation; Marsh USA Risk & Insurance Services Inc. d/b/a Marsh USA Inc., a Delaware corporation; Marsh & McLennan Companies, Inc, a Delaware corporation; Marsh Ltd., a United Kingdom corporation; Finpro, a division of Marsh Ltd.; Richard E Cowan, and Does One through 50, | ~~[PROPOSED]~~ ORDER   THEREON |
| | Hearing date: November 7, 2008 |
| | Time:          10:30 a.m. |
| | Judge:         Maxine M. Chesney |
| | Courtroom:     17C, Nineteenth Floor |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

### JOINT STATUS REPORT

22

Plaintiff Crown Paper Liquidating Trust ("Crown") and Defendants American International

23

Group, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and AIG Domestic Claims,

24

1

25

::ODMA\PCDOCS\BGD\45451\1

1    Inc. (collectively with Crown, the "Parties") hereby submit the following status report, pursuant to

2    this Court's August 28, 2008 Order:

3         The Parties have executed their settlement agreement.  On October 22, 2008, Crown

4    submitted the settlement agreement to Bankruptcy Judge Newsome of the United States Bankruptcy

5    Court for the Northern District of California for approval.  Crown expects that the settlement

6    agreement will be approved as a matter of course shortly after the period for notice of objections

7    expires on November 12, 2008.  At such time, the Parties will jointly move this Court to dismiss the

8    above-captioned case with prejudice.  Accordingly, the Parties have entered into the below

9    stipulation to vacate the deadlines and status hearing set in this Court's October 29, 2007, scheduling

10   order, as modified by this Court's orders on May 8, June 5, and August 28, 2008.

**STIPULATION**

12        1.    The Parties hereby stipulate and agree, subject to this Court's approval, that each of

13   the discovery deadlines set forth in this Court's October 29, 2007, scheduling order, as modified by

14   this Court's May 8, June 5, and August 28, 2008 orders, should be vacated.  Hence, the parties

15   request that this Court enter an order amending its scheduling order and vacating all of the following

16   deadlines:  the November 7, 2008, status conference; the December 5, 2008, non-expert discovery

17   cutoff; the December 23, 2008, deadline for designation of experts; the January 16, 2009, deadline

18   for designation of rebuttal experts; the February 16, 2009, expert discovery cutoff; the March 17,

19   2009, deadline for dispositive motions; the May 5, 2009, pre-trial conference; and the May 18, 2009,

20   trial date.

21        2.    Further, the Parties jointly request that, in the event this Court denies their request to

22   vacate the November 7, 2008, status hearing, they be permitted to attend that hearing telephonically.

2

::ODMA\PCDOCS\BGD\45451\1

1   IT IS HEREBY STIPULATED.

2   DATED:  October 28, 2008

3                                          QUINN EMANUEL URQUHART
                                           OLIVER & HEDGES, LLP
4
                                           By:   _s/ Thad A. Davis_____
5                                                Thad A. Davis
                                                 Amanda Linn
6                                                *Attorneys for American International Group, Inc.,*
                                                 *National Union Fire Insurance Company of*
7                                                *Pittsburgh, Pa., and AIG Domestic Claims, Inc.*

8

9                                          BEUS GILBERT PLLC

                                           By:   _s/ Leo R. Beus_____
10                                               Leo R. Beus
                                                 Timothy J. Paris
11                                               *Attorneys for Crown Paper Liquidating Trust*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

Case No:  3:07 cv -2308 – MMC

::ODMA\PCDOCS\BGD\45451\1

1

**[PROPOSED] ORDER**

2          Good cause appearing,

3          IT IS HEREBY ORDERED that this Court's October 29, 2007 scheduling order, as modified

4    by its May 8, June 5, and August 28, 2008, orders, are hereby amended vacating all of the following

5    deadlines:  the November 7, 2008, status conference; the December 5, 2008, non-expert discovery

6    cutoff; the December 23, 2008, deadline for designation of experts; the January 16, 2009, deadline

7    for designation of rebuttal experts; the February 16, 2009, expert discovery cutoff; the March 17,

8    2009, deadline for dispositive motions; the May 5, 2009, pre-trial conference; and the May 18, 2009,

9    trial date. FURTHER, the parties are ORDERED to file a joint status statement no later than December
              19, 2008, if the matter remains pending as of that date.
10            DATED:  October 29, 2008

11

12    _____
              Hon. Maxine M. Chesney
13            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25                                              4

::ODMA\PCDOCS\BGD\45451\1