**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA  85251-7616
TELEPHONE (480) 429-3000

Leo R. Beus/Ariz. Bar No. 002687 (*pro hac vice pending*) – lbeus@beusgilbert.com
Timothy J. Paris/Calif. Bar No. 90094 – tparis@beusgilbert.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| Crown Paper Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>American International Group, Inc. d/b/a AIG, a Delaware corporation; National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation; AIG Domestic Claims, Inc. f/k/a AIG Technical Services Inc., a Delaware corporation; Marsh USA Risk & Insurance Services Inc. d/b/a Marsh USA Inc., a Delaware corporation; Marsh & McLennan Companies, Inc, a Delaware corporation; Marsh Ltd., a United Kingdom corporation; Finpro, a division of Marsh Ltd.; Richard E Cowan, and Does One through 50,<br><br>Defendants. | Case No.  3:07-cv-02308-MMC<br><br>**MOTION FOR DISMISSAL OF ALL PENDING CLAIMS WITH PREJUDICE**<br><br>AND ORDER THEREON<br><br>Judge:  Maxine M. Chesney<br>Dept.:  17C, Nineteenth Floor |

The undersigned parties, having reached an out-of-court settlement of their dispute whereunder the parties agree to the dismissal by Plaintiff of all pending claims in consideration for

1

::ODMA\PCDOCS\BGD\49348\1

Case No:  3:07 cv -2308 – MMC

the payment by the undersigned Defendants of an undisclosed sum,[1] hereby jointly request that this Court dismiss all pending claims with prejudice.

The parties further request that hearing on this motion be waived.

DATED this 8th day of December, 2008.

**BEUS GILBERT PLLC**

By    *s/Leo R. Beus*
       Leo R. Beus (*pro hac vice pending*)
       Timothy J. Paris/Calif. Bar No. 90094
       4800 North Scottsdale Road, Suite 6000
       Scottsdale, Arizona  85251-7616
       *Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

By    *s/ Amanda Linn* (with permission)
       Amanda Linn/Calif. Bar No. 243898
       865 South Figueroa Street, 10th Floor
       Los Angeles, California  90017-2543
       *Attorneys for Defendants American International Group, Inc.; National Union Fire Insurance Company of Pittsburgh, Pa; and AIG Domestic Claims, Inc.*

---

[1] The terms of this settlement were approved by Bankruptcy Judge Randall K. Newsome of the United States Bankruptcy Court for the Northern District of California on November 24, 2008. Judge Newsome's order is submitted herewith as Exhibit A.

# [PROPOSED] ORDER

Good cause appearing,

IT IS HEREBY ORDERED that all pending claims in this action are dismissed with prejudice. The parties shall each bear their own costs.

DATED: December 9, 2008

_____
Hon. Maxine M. Chesney
United States District Judge